# Exhibit B

Case 3:20-cv-01651-X   Document 1-3   Filed 06/22/20   Page 2 of 2   PageID 37



5040 Shoreham Place
San Diego, CA 92122
619.525.3990 *phone*
619.525.3991 *fax*
www.robbinsllp.com

April 10, 2020

**VIA OVERNIGHT DELIVERY**

Board of Directors
SOUTHWEST AIRLINES CO.
P.O. Box 36611
Dallas, TX 75235

    Re:    **Southwest Airlines Co. Stockholder Litigation Demand**

Dear Board of Directors:

    We write on behalf of our clients Chase Gharrity and Douglas Komen. Our clients sent litigation demands to the Board of Directors (the "Board") of Southwest Airlines Co. ("Southwest" or the "Company") that it investigate and take action against the fiduciaries responsible for the Company's noncompliance with federal aviation regulations. The Company received our clients' demands on February 21, 2020. We have not heard from Southwest or the Board. Accordingly, please confirm your receipt of the litigation demands and that you have begun your investigation.

                            Sincerely,

                            Gregory E. Del Gaizo

1444975

